IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GUY F. MILITELLO,**<br><br>      **Plaintiff**<br><br>    **v.**<br><br>**ALLSTATE PROPERTY AND CASUALTY INSURANCE CO.,**<br><br>      **Defendant** | **Civil No. 1:14-cv-0240**<br><br>**Judge Sylvia H. Rambo** |

# **O R D E R**

**IT IS HEREBY ORDERED** that the case management deadlines in the captioned action are revised as follows:

    Pretrial conference:    January 21, 2015 at 10:30 a.m.

    Jury selection & trial:    February 8, 2015 at 9:30 a.m.

                                     s/Sylvia H. Rambo
                                       United States District Judge

Dated: November 19, 2015